UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JENNIFER HO,

Plaintiff,

v.

ST. LOUIS COUNTY, et al,

Defendant(s).

) Civil Case No. _______

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Not Incarcerated. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Not Currently Employed

My gross pay or wages are: $ 0, and my take-home pay or wages are: $ 0 per *(specify pay period)* ________.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ___ Yes | ✔ No |
| (b) Rent payments, interest, or dividends | ___ Yes | ✔ No |
| (c) Pension, annuity, or life insurance payments | ___ Yes | ✔ No |
| (d) Disability or worker's compensation payments | ___ Yes | ✔ No |
| (e) Gifts or inheritances | ___ Yes | ✔ No |
| (f) Any other sources | ✔ Yes | ___ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
Expected insurance settlement (approximately $29,000). Funds have not been received, no disbursement date is confirmed, and proceeds are anticipated to be used to satisfy existing credit card debt. Funds are not currently available for court fees or living expenses.

4. Amount of money that I have in cash or in a checking or savings account: $ 4000 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Two vehicles, both fully encumbered by liens; no equity.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Transportation - $200, Loan/Credit Card Payment - $800, Food - $750, Insurance - $150

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

E.S.H. (minor child), daughter, primary financial support when custody permits, support presently disrupted due to custody restraint

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Unsecured credit card debt, including accounts in collection: approximately $120,000+, Student loan debt: approximately $300,000+

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

[signature]

Applicant's Signature

Jennifer Ho

Printed Name

1/23/25

Date